# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 43214

| | |
|---|---|
| STATE OF IDAHO, | ) 2016 Unpublished Opinion No. 466 |
| | ) |
| Plaintiff-Respondent, | ) Filed: April 5, 2016 |
| | ) |
| v. | ) Stephen W. Kenyon, Clerk |
| | ) |
| TRACY D. STORM, | ) THIS IS AN UNPUBLISHED |
| | ) OPINION AND SHALL NOT |
| Defendant-Appellant. | ) BE CITED AS AUTHORITY |
| | ) |

Appeal from the District Court of the First Judicial District, State of Idaho, Bonner County. Hon. Barbara A. Buchanan, District Judge.

Judgment of conviction and unified sentence of six years, with a minimum period of confinement of three years, for trafficking in methamphetamine, _affirmed_.

Sara B. Thomas, State Appellate Public Defender; Andrea W. Reynolds, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

---

Before MELANSON, Chief Judge; GUTIERREZ, Judge;
and HUSKEY, Judge

---

PER CURIAM

Tracy D. Storm pled guilty to trafficking in methamphetamine, Idaho Code § 37-2732B(a)(4). The district court imposed a unified sentence of six years, with a minimum period of confinement of three years. Storm appeals, contending that his sentence is excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. _See State v. Hernandez_, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); _State v. Lopez_, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); _State v. Toohill_, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing

1

the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Storm's judgment of conviction and sentence are affirmed.